DANIEL G. BOGDEN
United States Attorney
DANIEL SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
702-388-6336 (Telephone)
702-388-6296 (Fax)
dan.schiess@usdoj.gov

Attorney for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GLEN BURKE and <br> MICHAEL ROSSI aka MIKE ROSS, <br><br> Defendants. | Case No.: 2:16-cr-00262-JAD-PAL <br><br> MOTION UNDER LR IA 11.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEYS TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES. |

The United States of America, by and through Daniel Schiess, Chief, Criminal Division, Assistant United States Attorney, respectfully moves, pursuant to LR IA 11.3, that the United States Department of Justice, Consumer Protection Branch, Trial Attorneys Timothy T. Finley and Daniel E. Zytnick, be permitted to appear before this Court in the above captioned case. Mr.

Finley and Mr. Zytnick are employed by the United States as attorneys, and, in the course and scope of their employment, have occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this the 29th day of September, 2016.

Respectfully Submitted,

/s/ Daniel Schiess
_____
DANIEL SCHIESS
Chief, Criminal Division
Assistant United States Attorney

IT IS SO ORDERED: _____
UNITED STATES DISTRICT JUDGE

Dated: 10/17/2016

2