**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-262-JAD-(PAL) |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| GLEN BURKE, | ) | |
| Defendant. | ) | |

This Court finds that defendant Glen Burke pled guilty to Count One of a Twenty-Four Count Indictment charging him in Count One with Conspiracy to Commit Wire and Mail Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Indictment, ECF No. 1; Change of Plea, ECF No. 45; Plea Agreement, ECF No. 47.

This Court finds defendant Glen Burke agreed to the imposition of the in personam criminal forfeiture money judgment of $2,785,508.36 set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Indictment and in compliance with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017). Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 39; Change of Plea, ECF No. 45; Plea Agreement, ECF No. 47.

The in personam criminal forfeiture money judgment is any real or personal property constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of Title 18, United States Code, Sections 1341 and 1343, or of Title 18, United States Code, Section 1349, conspiracy to commit such offenses, and is subject to

forfeiture pursuant to Title 18, United States Code, Section 982(a)(8)(B) and Title 21, United States Code, Section 853(p).

This Court finds that Glen Burke shall pay an in personam criminal forfeiture money judgment of $2,785,508.36 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Glen Burke an in personam criminal forfeiture money judgment of $2,785,508.36.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 14th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on December 14, 2017.

/s/ Mary Stolz
MARY STOLZ
FSA Paralegal