___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-262-JAD-(PAL) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| GLEN BURKE, | ) | |
| Defendant. | ) | |

This Court found that Glen Burke shall pay the in personam criminal forfeiture money judgment of $2,785,508.36 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 45; Plea Agreement, ECF No. 47; Preliminary Order of Forfeiture, ECF No. 51.

The in personam criminal forfeiture money judgment amount of $2,785,508.36 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Glen Burke the in personam criminal forfeiture money judgment of $2,785,508.36 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

///

///

///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies |
| 2 | of this Order to all counsel of record and three certified copies to the United States Attorney's |
| 3 | Office, Attention Asset Forfeiture Unit. |
| 4 | DATED this 12th day of March, 2018. |

_____
UNITED STATES DISTRICT JUDGE