UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No.: 2:16-cr-00262-JAD-PAL-1 |
|---|---|
| Plaintiff | |
| v. | **Order Denying Motion as Moot Due to Release** |
| Glen Burke, | [ECF No. 83] |
| Defendant | |

While serving his 87-month sentence at a United States penitentiary in Lompoc, California, Defendant Glen Burke moved for compassionate release.[1] The government asked the court to refrain from deciding Burke's motion until the Bureau of Prisons (BOP) determined whether Burke was eligible for release to its home-confinement program.[2] Burke was approved and set to leave the Lompoc institution on November 19, 2020.[3] The court has closely followed Burke's status, and the BOP website reflects that he is no longer in BOP custody.[4] IT IS THEREFORE ORDERED that **Burke's motion for compassionate release [ECF No. 83] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
November 20, 2020

---

[1] ECF No. 83 (motion for compassionate release).

[2] ECF No. 85 (response).

[3] ECF No. 93 (status report).

[4] https://www.bop.gov/inmateloc/ for Glen Burke (last visited Nov. 20, 2020).